```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 47893
  MICHAEL P THOMAS
  BRENDA L THOMAS                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1412    SSN XXX-XX-2661
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/30/04 and confirmed on 03/14/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 78821.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 620.04 | .00 | 378.22 |
| MATCO TOOLS | SECURED | 2500.00 | 166.79 | 2500.00 |
| ONYX ACCEPTANCE | SECURED VEHIC | 15789.48 | 1841.30 | 15789.48 |
| SNAP ON CREDIT | SECURED | 600.00 | 40.41 | 600.00 |
| STATE FARM BANK | SECURED VEHIC | 1560.33 | 185.34 | 1589.27 |
| US BANK | SECURED VEHIC | 29205.00 | 3405.76 | 29205.00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1365.97 | .00 | 833.24 |
| ECAST SETTLEMENT CORP | UNSECURED | 1499.88 | .00 | 914.93 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2997.34 | .00 | 1828.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5369.78 | .00 | 3275.57 |
| DISCOVER BANK | UNSECURED | 4892.81 | .00 | 2984.61 |
| DONNA POWERS | UNSECURED | 4562.00 | .00 | 2782.82 |
| GE CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 346.85 | .00 | 211.58 |
| KOHLS | UNSECURED | 562.79 | .00 | 343.30 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NANCY THOMAS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5848.10 | .00 | 3567.34 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| TRUGREEN CHEM LAWN | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 108.40 | .00 | 66.12 |

```
CHASE HOME FINANCE        MORTGAGE ARRE      105.45              .00        105.45
SNAP ON CREDIT            UNSECURED          687.95              .00        419.65
US BANK                   UNSECURED         1582.18              .00        965.13
ECAST SETTLEMENT CORPORA  UNSECURED          666.65              .00        406.66
STATE FARM BANK           UNSECURED           28.94              .00         17.65
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  49760.26         .00      31139.68          .00      80899.94
PRINCIPAL PAID      49789.20         .00      18995.20          .00      68784.40
INTEREST PAID        5639.60         .00           .00          .00       5639.60
TOTAL PAID          55428.80         .00      18995.20          .00      74424.00
```

The Debtor's attorney, STUART B HANDELMAN         , was allowed $   2956.55
and was paid $   1800.00   direct and $   1156.55   through the plan.

The Trustee received $   3239.92 .

Refunds to the Debtor totaled $        .53 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 47893 MICHAEL P THOMAS & BRENDA L THOMAS